FILED 2008 DEC 30 PM 4:52 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-01515 |
| | ) | |
| Plaintiff, | ) | **I N D I C T M E N T** |
| | ) | |
| v. | ) | [18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 513(a): Possession of Counterfeited Security of an Organization; 18 U.S.C. § 1029(a)(3): Possession of 15 or More Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| JESSICA RUSS, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

### INTRODUCTION

At all times relevant to this indictment:

1. Wells Fargo Bank was a corporation, the activities of which occurred in and affected interstate commerce.

## COUNT ONE

[18 U.S.C. § 371]

A. <u>OBJECTS OF THE CONSPIRACY</u>

Beginning on a date unknown to the Grand Jury, and continuing to on or about March 5, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant JESSICA RUSS ("RUSS"), co-conspirator Mark Louis Hamilton ("co-conspirator Hamilton"), and others known and unknown to the Grand Jury, conspired and agreed to commit an offense under Title 18, United States Code, Section 1708, namely, possession of stolen mail, and an offense under Title 18, United States Code, Section 513(a), namely, possession of a counterfeit security of an organization, and an offense under Title 18, United States Code, Section 1029(a)(3), namely, possession of at least fifteen unauthorized or counterfeit access devices with the intent to defraud.

B. <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

The objects of the conspiracy were to be accomplished in substance as follows:

1. Co-conspirator Hamilton and others known and unknown to the Grand Jury would steal mail from residential mailboxes.

2. Defendant RUSS would act as a lookout while co-conspirator Hamilton and others known and unknown to the Grand Jury stole mail.

3. Co-conspirator Hamilton and others known and unknown to the Grand Jury would obtain unauthorized access devices from the

stolen mail and elsewhere.

4. Co-conspirator Hamilton would use information that he obtained from the stolen mail and elsewhere to manufacture counterfeit checks purportedly issued by Wells Fargo Bank and other financial institutions.

5. Co-conspirator Hamilton and others known and unknown to the Grand Jury would obtain counterfeit access devices that co-conspirator Hamilton would use to cash the counterfeit checks.

6. Defendant RUSS, co-conspirator Hamilton and others known and unknown to the Grand Jury would share the proceeds derived from the mail theft, unauthorized and counterfeit access devices, and counterfeit checks.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendant RUSS and co-conspirator Hamilton, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

1. Beginning on a date unknown, but not before approximately September 2007, and continuing to on or about March 5, 2008, co-conspirator Hamilton procured or made counterfeit United States postal keys that would provide access to residential mailboxes.

2. Beginning on a date unknown, but not before approximately September 2007, and continuing to on or about March 5, 2008, co-conspirator Hamilton and others known and unknown to

the Grand Jury used counterfeit United States postal keys to open, and steal mail from, residential mailboxes.

3. Beginning on a date unknown, but not before approximately September 2007, and continuing to on or about March 5, 2008, defendant RUSS acted as a lookout while co-conspirator Hamilton and others known and unknown to the Grand Jury stole mail from mailboxes.

4. Beginning on a date unknown, but not before approximately September 2007, and continuing to on or about March 5, 2008, co-conspirator Hamilton used information that he obtained from the stolen mail and elsewhere to manufacture counterfeit checks purportedly issued by Wells Fargo Bank and other financial institutions.

5. On or about March 5, 2008, defendant RUSS, co-conspirator Hamilton and others known and unknown to the Grand Jury knowingly possessed counterfeit and unauthorized access devices.

6. On or about March 5, 2008, defendant RUSS, co-conspirator Hamilton and others known and unknown to the Grand Jury knowingly possessed counterfeit checks purportedly issued by Wells Fargo Bank.

## COUNT TWO

[18 U.S.C. § 1708]

On or about March 5, 2008, in Los Angeles County, within the Central District of California, defendant JESSICA RUSS, co-conspirator Mark Louis Hamilton and others known and unknown to the Grand Jury unlawfully possessed mail matter that had been stolen from the United States mail, namely, ten pieces of mail sent from and addressed to various individuals and businesses within Los Angeles County, and at that time and place defendant well knew that said mail was stolen.

## COUNTS THREE & FOUR

[18 U.S.C. § 513(a)]

On or about March 5, 2008, in Los Angeles County, within the Central District of California, defendant JESSICA RUSS, co-conspirator Mark Louis Hamilton and others known and unknown to the Grand Jury, acting with the intent to deceive a person, government, and organization, knowingly possessed the following counterfeited securities of the following organization, which is a legal entity operating in and the activities of which affect interstate and foreign commerce:

| COUNT | DESCRIPTION |
|---|---|
| THREE | Check number 1645 in the name of Donald Robert Benson issued by Wells Fargo Bank |
| FOUR | Check number 1605 in the name of Robert Russell issued by Wells Fargo Bank |

## COUNT FIVE

[18 U.S.C. § 1029(a)(3)]

On or about March 5, 2008, in Los Angeles County, within the Central District of California, defendant JESSICA RUSS, co-conspirator Mark Louis Hamilton and others known and unknown to the Grand Jury knowingly and with intent to defraud, possessed at least fifteen unauthorized and counterfeit access devices, namely credit card numbers with associated account information such as name and three-digit authentication number, Social Security numbers, and driver's license numbers, with said possession having an effect on interstate commerce.

## COUNTS SIX & SEVEN

[18 U.S.C § 1028A(a)(1)]

On or about March 5, 2008, in Los Angeles County, within the Central District of California, defendant JESSICA RUSS, co-conspirator Mark Louis Hamilton and others known and unknown to the Grand Jury knowingly possessed without lawful authority a means of identification of another person, that is, the names and Social Security numbers of the individuals with the initials set forth below, during and in relation to the crime of possession of at least fifteen unauthorized and counterfeit access devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Five.

//
//

| COUNT | DATE | INITIALS | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| SIX | 3/5/08 | L.P. | xxx-xx-8793 |
| SEVEN | 3/5/08 | A.P. | xxx-xx-6078 |

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Daniel A. Goodman, Act U.S. Atty*
*Deputy Chief, Criminal Division, FOR:*
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, General Crimes Section

JASON P. GONZALEZ
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANGELA L. SANNEMAN
Assistant United States Attorney
General Crimes Section