# *Memorandum* 

FILED

| Subj: | Date: |
|---|---|
| United States v. Jessica Russ | December 29, 2008 |

2008 DEC 30 PM 4: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

CR 08 01515

| To: | From: |
|---|---|
| TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | ANGELA L. SANNEMAN<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

<u>United States v.Jessica Russ</u>, being filed on <u>December 30, 2008</u>,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

 

ANGELA L. SANNEMAN
Assistant United States Attorney
Criminal Division